## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**DARREL RAY BOUDREAUX** : CIVIL NO.: 6:11-cv-0450

**VERSUS** : **JUDGE DOHERTY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF THE** : **MAGISTRATE JUDGE HILL**
**SOCIAL SECURITY ADMINISTRATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT STIPULATED ORDER FOR ATTORNEY FEES

On this day came for consideration Darrel Ray Boudreaux's application for approval of an attorney fee under the Equal Access to Justice Act. The parties have stipulated to the amount to be awarded by the Court. After considering the application and stipulation, it is hereby **ORDERED** that the Darrel Ray Boudreaux's request for fees and expenses is **GRANTED**, and that fees awarded in favor of the Plaintiff under the Equal Access to Justice Act in the amount of **$3750.00** be made payable to Darrel Ray Boudreaux since there is no award of disability benefits pursuant to 42 U.S.C. § 405(g) or fees pursuant to 42 U.S.C. § 406(b).

Thus done and signed in Lafayette, Louisiana this  19  day of  November , 2012.

_____
JUDGE

APPROVED AS TO FORM:

 /s/ Matthew D. Lane, Jr.                        /s/ John A. Broadwell
Matthew D. Lane, Jr.                            JOHN A. BROADWELL #1733
556 Jefferson Street Box 11                     Assistant United States Attorney
Lafayette, LA 70501                             United States Courthouse
(337)593-4139                                   300 Fannin Street Ste. 3201
Bar Roll No. 28116                              Shreveport, LA 71101-3068
                                                (318)676-3610